[No. 39093-1-II. Division Two. June 22, 2010.]

CARROLLS WATER ASSOCIATION, *Respondent*, v. MARK HORN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-2-01946-5, James E. Warme, J., entered February 23, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 39405-7-II. Division Two. June 22, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM J. BETTS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00154-0, Nelson E. Hunt, J., entered June 4, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Worswick, J.

[Nos. 40063-4-II; 40815-5-II. Division Two. June 22, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. PAULETTE MARGARET MELVILLE, *Appellant*.

*In the Matter of the Personal Restraint of* PAULETTE MELVILLE, *Petitioner*.

Appeal from a judgment of the Superior Court for Stevens County, No. 05-1-00056-7, Rebecca M. Baker, J., entered January 2, 2009, together with a petition for relief from personal restraint. Judgment *reversed* and *remanded* and petition *denied* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 40092-8-II. Division Two. June 22, 2010.]

*In the Matter of the Welfare of* M.R.C.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-7-00578-4, David L. Edwards, J., entered November 10, 2009. *Reversed* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Armstrong, J.